UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:11-CR-78-D-1

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| JEFFREY BERNARD JOYNER | |

On motion of the Defendant, Jeffrey Bernard Joyner, and for good cause shown, it is hereby ORDERED that the **[DE 111 ]** be sealed until further notice by this Court.

SO ORDERED. This **3 1** day of October 2016.

JAMES C. DEVER III
Chief United States District Judge